ETTA LIBERMAN and Another v. THE CITY OF NEW YORK and ANNA SCHWINGER WACHT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

YELLOW MANUFACTURING CREDIT CORPORATION v. CAPITOL CAB CO., INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WILLIAM HODSON, as Commissioner of Public Welfare of the City of New York, for an Order Directing NELLIE HANNON, as Guardian of DOROTHY HANNON, an Infant, etc., to Pay over a Certain Sum of Money.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

EMMY MERTZ v. FRED MERTZ.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MARION H. SEIXAS v. JOHN C. HEGEMAN and JOHN WILLSON HARRIS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOHN A. RYAN, as Administrator, etc., of MARY A. RYAN, Deceased, and DAVID BROTHERS v. BANKERS INDEMNITY INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HERBERT S. LONG, as Trustee under the Last Will and Testament of ISAAC S. LONG, Deceased, v. JOSEPH E. DAVIES and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRIETTA COWELL v. ROBERT DUCAS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

170TH STREET CAFETERIA, INC., and BRIGHTON COMMISSARY, INC., v. NEDICKS STORES, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — McAvoy, Townley, Untermyer and Cohn, JJ.

SAMUEL SWETNICK, Suing for Himself as Stockholder and All Other Stockholders of THEODORE KLEIN, INC., in Like Situation Who Shall Choose to Make Themselves Parties to This Action, v. THEODORE KLEIN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SIMON DEUTSCH v. CHARLES ZUNSER.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

FRANK DEGER v. WORKMEN'S EDUCATIONAL ASSOCIATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.